# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00229-CR

**Santos L. Contreras, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT
### NO. 2001-208, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Santos L. Contreras seeks to appeal the district court's denial of his request for a judgment nunc pro tunc awarding him additional jail time credit. An appeal does not lie from this order. *See Sanchez v. State*, 112 S.W.3d 311, 312 (Tex. App.—Corpus Christi 2003, no pet.); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. ref'd). Appellant's remedy is to seek relief by writ of mandamus. *Ex parte Ybarra*, 149 S.W.3d 147, 149 (Tex. Crim. App. 2004).

The appeal is dismissed.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: May 24, 2007

Do Not Publish